Kenneth J. Katz
Nicole D. Grunfeld
KATZ MELINGER PLLC
280 Madison Avenue, Suite 600
New York, New York 10016
Telephone: (212) 460-0047
Facsimile:  (212) 428-6811
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| PHILIPPA OKOYE f/k/a PHILIPPA JAYNE BURKE, | Civil Action No. 15-CV-03807 (VSB/GWG) |
| Plaintiff, | |
| -against- | |
| DEVERE GROUP LTD., DEVERE USA, INC., and BENJAMIN ALDERSON, | |
| Defendants. | |

_____

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff PHILIPPA OKOYE f/k/a PHILIPPA JAYNE BURKE hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants DEVERE GROUP LTD. and BENJAMIN ALDERSON.

Dated:  August 25, 2015

                                                            By: */Nicole Grunfeld/*
                                                            Nicole Grunfeld
                                                            Attorney for Plaintiff
                                                            Katz Melinger PLLC
                                                            280 Madison Avenue, Suite 600
                                                            New York, NY 10016
                                                            (212) 460-0047