Kenneth J. Katz
Nicole D. Grunfeld
KATZ MELINGER PLLC
280 Madison Avenue, Suite 600
New York, New York 10016
Telephone: (212) 460-0047
Facsimile:  (212) 428-6811
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| PHILIPPA OKOYE f/k/a PHILIPPA JAYNE BURKE,<br><br>Plaintiff,<br><br>-against-<br><br>DEVERE GROUP LTD., DEVERE USA, INC., and BENJAMIN ALDERSON,<br><br>Defendants. | Civil Action No.<br>15-CV-03807 (VSB/GWG) |

_____

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff PHILIPPA OKOYE f/k/a PHILIPPA JAYNE BURKE hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant DEVERE USA, INC.

Dated:   October 13, 2015

By: */Nicole Grunfeld/*
Nicole Grunfeld
Attorney for Plaintiff
Katz Melinger PLLC
280 Madison Avenue, Suite 600
New York, NY 10016
(212) 460-0047

SO ORDERED:

*/s/ Vernon Broderick*
HON. VERNON S. BRODERICK   10/15/2015
UNITED STATES DISTRICT JUDGE