USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PHILIPPA OKOYE,                                             :
:
                      Plaintiff,              :
:     15-CV-3807 (VSB)
        -v-                                              :
:     ORDER
DEVERE GROUP LTD., et al.,                                  :
:
                      Defendant.              :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of the parties' joint letter seeking approval of their settlement agreement resolving Plaintiff's wage and hour claims.  (Doc. 20.)  In light of the fact that the case has been closed since October 15, 2015, I directed the parties to appear for a telephone conference to discuss whether the case should be re-opened so that I may approve their settlement agreement.  (Doc. 21.)

       For the reasons stated on the record at the December 16 telephone conference, I find that the case should be re-opened.  As discussed, the parties are directed to submit by December 23 (i) a copy of the arbitration complaint which sets forth Plaintiff's wage and hour claims and reflects the parties' agreed redactions, and (ii) contemporaneous billing records underlying Plaintiff's request for attorney's fees incurred in connection with her wage and hour claims.

       The Clerk of Court is respectfully directed to re-open the case.

       SO ORDERED.

Dated: December 19, 2016
       New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge